Jones
—— other ppl* around?

agenda } · locations of C. Jones; cop car (on maps, street)
12/22 · review pre-plea CH Report
· schedule
· Gary

· never noticed the unmarked car on phone
   └ black unmarked car (maybe Impala — stops @ corner of Barley + Aiken)
      · CJ on phone in front of 2301 Aiken street
      · He raised his hands up + said he didn't have anything

they'd arrested him before → (Burns + Hersl, Nicozulis)
      · cuffed ~~CJ~~
      · locked him up for drugs

- ↳ "give me a gun + you'll let you go"
  - ↳ bailed out — no lights, no sirens
- plain clothes — vests w/ POLICE, guns on hip (Wicaulis had his gun drawn)
- on 11/10
  - ↳ Hersl: "how much way your bail?"
- no one was around
- they looked for 2-3 minutes by
  - ↳ vacant 2 houses over — in front of 2303
- sat him on curb
- sat him on curb in handcuffs in front of 2301
  - ↳ frisked him — walked to vacant
    - ↳ looked for 5 minutes
- Hersl came back w/ some drugs

- took his shoe off — "this is his footprint"
  - ↳ ~~Harvey~~ Hersl — "give me a gun & I'll let you go"
    - ↳ all cops there on the curb
  - ↳ he said "I don't know nothing about no guns"
    - ↳ "if I find anything putting it on you"
- put him in wagon
- wagon facing wrong way
  - ↳ they searched all the houses
    - ↳ ☆ get name of wagon driver ☆

☆

- 20 minutes later — they

were like "this is yours"

- Melany walked out of house @ around the time they found the drugs

☆ Interview Melany about what <u>she</u> <u>saw</u>

- never read him his rights

Melany — no other record