Chris Jones  1/28/15 Interview

[Hersl]

Eric Rich — dropped b/c Hersl

[Moore] (write-up — shot guy on bicycle.

11/1   Coming out of store
       Came up alley.
       Cameras in store
       Store owner.

       Grabbed —
         sat on ground

       Hersl in alley 30 mins.

   →   911?

       Dist Ct — no hearing

   → See Melany — How feels? —

       ¶ △ release 8/21/13 from County. Sgt Melany's   stuff from
          On prob                                       Melanie

9/3 Hersl saw ∆ in neighborhood after being released from
custody. Asked about him being out.
Left, came back w/ other cops + arrested ∆.

Doesn't think

On 10th on
  ¢ I phone - 443-
    T-Mobile
    Prepaid
    When cops arrived, on phone w/ Tavon.

Cad report for 11/10 —
  will show in paddy wagon
  ~~On~~ when gun

10th — jump out —
  set on curb.
  4 cops   Hersl Burns Moore McKenlin
  15 mins on curb
  Look for drugs 10-15 min's
  ~~20-15~~ Wagon gets there
  Melvin walked up. There whole time.
  ~~Cad may be for~~
  Put in wagon
  Find gun 20 mins after put in wagon
  Came to back of wagon: "This is yours."